IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAYSEN McCLEARY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID NELMARK and SCOTT BEATTIE,<br><br>Defendants. | CV 24–6–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendants' motion for the admission of attorney Jeffrey C. Peterzalek of Iowa's Office of the Attorney General, *pro hac vice*, in the above-captioned matter. (Doc. 11.) It appears that Dale Schowengerdt of Landmark Law PLLC will serve as local counsel in this matter. (*Id.* at 2.) Peterzalek's application (Doc. 11-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d) (Dec. 1, 2023).

Accordingly, IT IS ORDERED that the motion (Doc. 11) is GRANTED on the condition that Mr. Peterzalek does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Peterzalek shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Peterzalek files a separate pleading acknowledging [his/her] admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 28th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court