UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAYSEN McCLEARY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DAVID NELMARK AND SCOTT BEATTIE,<br><br>                    Defendants. | Case No. CV-24-006-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of May 9, 2024 (Doc. 18), this action is DISMISSED WITH PREJUDICE.

     Dated this 9th day of May, 2024.

                TYLER P. GILMAN, CLERK

                By: /s/ Sarah Nagy
                Sarah Nagy, Deputy Clerk